UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MDS AMERICA, INC.,

    Plaintiff/Counter-Defendant,

v.   Case No. 04-72353-DT

MDS INTERNATIONAL, S.A.R.I.,

    Defendant/Counter-Plaintiff.
    _____/

**ORDER SETTING FACILITATION DATE**

On December 27, 2005, the court entered an order staying all proceedings in this case in order to allow the parties to participate in private mediation. On March 16, 2006, the parties informed the court that their negotiations have not resulted in an amicable resolution to this matter. Accordingly,

IT IS ORDERED that the following individuals shall appear in Detroit, Michigan during the period **April 11-13, 2006** to participate in settlement discussions, such discussions to be monitored and facilitated, as needed, by a United States District Judge: Jean-Claude Ducasse; Corinne Sanchez Ducasse; Frederick A. Acomb; Christian Borel; Mahasti Razavi; Harold "Kirk" Kirkpatrick; and Laurin Mills.[1]

    S/Robert H. Cleland
    ROBERT H. CLELAND
    UNITED STATES DISTRICT JUDGE

Dated: March 17, 2006

---

[1] In the event counsel cannot agree when the discussions will begin or where they will occur, the court may issue a further order specifying the time and place.

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 17, 2006, by electronic and/or ordinary mail.

           S/Lisa Wagner
          Case Manager and Deputy Clerk
          (313) 234-5522